**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

November 9, 2026

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11-10-26

**VIA ECF**
Hon. Judge Lewis A. Kaplan
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

**Re: *Cao v. Edlow*, 26 Civ. 8863 (LAK)**

Dear Judge Kaplan:

This Office represents defendant (the "Government") in this action brought by Lei Cao ("Plaintiff") seeking to compel U.S. Citizenship and Immigration Services ("USCIS") to adjudicate his Application to Adjust Status, Form I-485. The Government's deadline to respond to the complaint is December 14, 2026. On October 13, 2026, the Court issued an Order for the parties to confer, and if the parties agree to a discovery schedule, to file a consent order by November 12, 2026. ECF No. 5. The Court further ordered that if the consent order is not filed within the time frame provided, an initial conference would occur on November 18, 2026. *Id.*

I write respectfully, with the consent of Plaintiff, to request that the Court adjourn the deadline for the parties to file a consent order, and associated conference scheduled November 18, *sine die*, as the Government plans to file a motion to dismiss this action by its response deadline, December 14. The parties jointly propose the following briefing schedule on the Government's anticipated motion to dismiss: (i) Government to file its anticipated motion to dismiss the complaint by December 14, 2026; (ii) Plaintiff to file his opposition to the Government's motion to dismiss by December 28, 2026; and (iii) Government to file its reply by January 4, 2027. Proceeding in this manner would conserve judicial and party resources, and, as noted, Plaintiff consents to this request.

I thank the Court for its consideration of this request.

Respectfully,

JAMES M. MCDONALD
United States Attorney

By: */s/ Erica Silverman*
ERICA SILVERMAN
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Telephone: (212) 637-2696
Email: erica.silverman@usdoj.gov

Granted

SO ORDERED

LEWIS A. KAPLAN, USDJ 11/10/26

cc: Counsel of Record (via ECF)